The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ANDREW STRICK,<br><br>    Plaintiff,<br><br>v.<br><br>DOUG PITTS; et al.,<br><br>    Defendants. | NO. 11-05110-RBL<br><br>ORDER GRANTING EXTENSION OF TIME FOR REQUIRED JOINT STATUS REPORT |

The Court, having reviewed the Defendants' Motion for Extension of Time for Required Joint Status Report, hereby grants a two-week extension of the Required Joint Status Report from August 10, 2012 to August 24, 2012, and modifies the Order Requiring Joint Status Report (ECF #41, filed June 29, 2012) the same.

DATED this 16th day of August, 2012.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

Presented by:

ROBERT M. MCKENNA
Attorney General


/s/ Daniel J. Judge
DANIEL J. JUDGE, WSBA No. 17392
Senior Counsel
Attorney General's Office
PO Box 40126
Olympia, WA 98504-0126
Telephone: (360) 586-6300
Fax: (360) 586-6655
E-mail: DanielJ@atg.wa.gov
Attorneys for Defendants

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300