The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| ANDREW STRICK, | NO. 11-05110-RBL |
|---|---|
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME FOR REQUIRED JOINT STATUS REPORT |
| v. | |
| DOUG PITTS; et al., | |
| Defendants. | |

The Court, having reviewed the Defendants' Motion for Extension of Time for Required Joint Status Report, hereby grants a two-week extension of the Required Joint Status Report from August 10, 2012 to August 24, 2012, and modifies the Order Requiring Joint Status Report (ECF #41, filed June 29, 2012) the same.

DATED this 16th day of August, 2012.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

Presented by:

ROBERT M. MCKENNA
Attorney General

/s/ Daniel J. Judge
DANIEL J. JUDGE, WSBA No. 17392
Senior Counsel
Attorney General's Office
PO Box 40126
Olympia, WA 98504-0126
Telephone: (360) 586-6300
Fax: (360) 586-6655
E-mail: DanielJ@atg.wa.gov
Attorneys for Defendants

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300