HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDREW STRICK,<br><br>                    Plaintiff,<br><br>     v.<br><br>DOUG PITTS, et al.,<br><br>                    Defendants. | No. 11-cv-5110-RBL<br><br>ORDER<br><br>(Dkt. #48) |

Plaintiff has moved for reconsideration (although it is noted as a motion to stay) following the dismissal of his case for failure to prosecute. Under Local Rule 7(h):

> Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

The Ninth Circuit has called reconsideration an "extraordinary remedy, to be used sparingly in the interests of finality and conservation of judicial resources." *Kona Enters., Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000) (quoting 12 James Wm. Moore et al., *Moore's Federal Practice* § 59.30[4] (3d ed. 2000). "Indeed, a motion for reconsideration should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." *Id.* (quoting *389 Orange Street Partners*, 179 F.3d 656, 665 (9th Cir. 1999)).

Order - 1

1    Plaintiff has shown no grounds for reconsideration.  The motion (Dkt. #48) is therefore

2  **DENIED**.

3    Dated this 12th day of October 2012.

4

5

6    Ronald B. Leighton
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order - 2